# Third District Court of Appeal

## State of Florida

Opinion filed May 25, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2189
Lower Tribunal No. 13-3741
_____

**Alberto Soler,**
Appellant,

vs.

**Ally Bank, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Alberto Soler, in proper person.

Kelley Kronenberg, and David E. Hicks (Tampa), for appellee Ally Bank.

Before ROTHENBERG, LAGOA, and SALTER, JJ.

ROTHENBERG, J.

Alberto Soler appeals from a final order denying as untimely filed his

motion for relief from judgment filed under Florida Rule of Civil Procedure 1.540(b)(1). As the record before this Court demonstrates that the motion was timely filed, we reverse the order under review and remand for the trial court to address the motion on its merits.

Reversed and remanded.